UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    Case No. 13 B 13592
    Wilbert Barrow
    Laurie Barrow
        Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/02/2013.

2) The plan was confirmed on 06/24/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/24/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 05/19/2014.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,357.96 |
| Less amount refunded to debtor | $328.86 |

**NET RECEIPTS:** $6,029.10

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,515.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $260.55 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,775.55

Attorney fees paid and disclosed by debtor:    $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American Financial Cre (Original Credito | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | NA | 440.71 | 440.71 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 999.00 | 998.60 | 998.60 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 412.26 | 412.26 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 1,001.00 | 1,001.34 | 1,001.34 | 0.00 | 0.00 |
| Bureau Of Collection R (Original Credito | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| C.B.U.S.A, Inc (Original Creditor:Katz A | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| Caine & Weiner (Original Creditor:Ice Mc | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 462.00 | 462.06 | 462.06 | 0.00 | 0.00 |
| Charter One | Unsecured | 411.01 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 409.95 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | NA | 6,359.64 | 6,359.64 | 0.00 | 0.00 |
| Credit Management (Original Creditor:Co | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp (Original Creditor | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 2,899.00 | 2,999.54 | 2,999.54 | 0.00 | 0.00 |
| Enhanced Recovery Co (Original Creditor | Unsecured | 687.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L (Original Credit | Unsecured | 554.00 | NA | NA | 0.00 | 0.00 |
| HSBC Card Services | Unsecured | 446.88 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 300.00 | 401.48 | 401.48 | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 2,100.00 | 229.68 | 229.68 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 13,000.00 | 19,669.01 | 19,669.01 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Internal Revenue Service | Secured | 571.38 | 571.38 | 571.38 | 98.62 | 17.64 |
| Jeffcapsys (Original Creditor:12 Fingerh | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| Jeffcapsys (Original Creditor:12 Tribute | Unsecured | 458.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 487.00 | 487.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 561.00 | 561.80 | 561.80 | 0.00 | 0.00 |
| Lincolnway Management | Secured | 889.62 | 0.00 | 889.62 | 83.61 | 27.99 |
| MCSI | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 1,496.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Municipal Collections Of America | Unsecured | 1,750.00 | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| National Account Services | Unsecured | 0.00 | 403.59 | 403.59 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 2,025.86 | 2,255.08 | 2,255.08 | 0.00 | 0.00 |
| Plainscomm | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 397.00 | 442.15 | 442.15 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 433.00 | 432.83 | 432.83 | 0.00 | 0.00 |
| Professnl Acct Mgmt In (Original Credito | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 542.00 | 542.00 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,756.65 | 1,756.65 | 1,756.65 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 3,894.00 | 3,894.39 | 3,894.39 | 0.00 | 0.00 |
| Regional Acceptance | Secured | 14,913.00 | 15,234.53 | 14,913.00 | 1,489.74 | 466.19 |
| Regional Acceptance | Unsecured | NA | 321.53 | 321.53 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 873.00 | 215.45 | 215.45 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 1,029.37 | 1,029.37 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 303.00 | 282.29 | 282.29 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 40.00 | 29.85 | 29.85 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc (Original Creditor: | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Manageme (Original Credit | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | NA | 27.54 | 27.54 | 0.00 | 0.00 |
| US Bank Home Mortgage | Secured | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 0.00 |
| US Bank Home Mortgage | Secured | 30,493.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless/Great | Unsecured | 694.00 | NA | NA | 0.00 | 0.00 |
| Village of Park Forest Water dept | Secured | 222.55 | 0.00 | 222.55 | 63.07 | 6.69 |
| Webbank-Fingerhut | Unsecured | 305.00 | 334.98 | 334.98 | 0.00 | 0.00 |
| YCCS | Unsecured | 230.00 | 238.09 | 238.09 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,000.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,913.00 | $1,489.74 | $466.19 |
| All Other Secured | $1,683.55 | $245.30 | $52.32 |
| **TOTAL SECURED:** | **$18,596.55** | **$1,735.04** | **$518.51** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$49,428.91** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,775.55 |
| Disbursements to Creditors | $2,253.55 |
| **TOTAL DISBURSEMENTS** : | **$6,029.10** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/01/2014     By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**